FILED

2012 APR -2 PM 4:28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>Dominic Vargas<br><br>            Defendant. | Case No.: ED CR 07-00168 VAP<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- Unknown background, history, community ties;
- Unknown available bail resources
- Prior supervised release violations
- Prior violations of court orders

1 | and/or
2 | B.     ( )     The defendant has not met his/her burden of establishing by clear and
3 |                convincing evidence that he/she is not likely to pose a danger to the
4 |                safety of any other person or the community if released under 18
5 |                U.S.C. § 3142(b) or (c). This finding is based on the following:
6 | _____
7 | _____
8 | _____
9 | _____
10 |
11 |
12 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 | revocation proceedings.
14 |
15 | Dated: 4/2/12
16 |                                         HONORABLE DAVID T. BRISTOW
                                             United States Magistrate Judge